# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Kathleen P. Flatt | § | Case No. 15-11318 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/30/2015 . The undersigned trustee was appointed on 03/30/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 93,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 22,100.60 |
| Bank service fees | | 786.19 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 48,099.74 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 22,013.47 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/07/2015  and the deadline for filing governmental claims was  12/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,240.03 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,240.03 , for a total compensation of $ 5,240.03 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.84 , for total expenses of $ 7.84 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2018            By: /s/Joji Takada, Chapter 7 Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-11318 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Kathleen P. Flatt | | | | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/2015 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings Account Location: Numark Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods Location: In Debtor's Possession | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Clothing Location: In Debtor's Possession | 200.00 | 0.00 | | 0.00 | FA |
| 4. 16 Shares Of Campbell Soup Stock - Valued At $45.40 Per Shar | 726.40 | 0.00 | | 0.00 | FA |
| 5. Automobile - 2004 Town And Country Van - 98,000 Miles - Fair | 2,045.00 | 0.00 | | 0.00 | FA |
| 6. Fraudulent Transfer (u)  Transfer of interest in real estate to sister | 0.00 | 50,000.00 | | 93,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $4,176.40    $50,000.00    $93,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bankruptcy counsel hired; Compromise reached with transferee re interest in real estate; Broker hired; Real estate marketed; Contract signed; Motion to approve sale filed. - Joji Takada 12/25/2015

Property sold; Consulting with tax professional regarding estate tax return. - Joji Takada 6/27/2016

Tax return filed; Awaiting prompt determination. - Joji Takada 11/24/2016

Answering tax issues re: return. - Joji Takada 4/6/2017

TFR with UST review . - Joji Takada 12/16/2017

Initial Projected Date of Final Report (TFR): 06/30/2016    Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-11318 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kathleen P. Flatt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0221 |
| | Checking |
| Taxpayer ID No: XX-XXX5853 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/16 | 6 | Joji Takada, IOLTA Account | Proceeds from sale Earnest money deposit re: sale of Romeoville rental property | 1241-000 | $1,000.00 | | $1,000.00 |
| 02/03/16 | | Chicago Title and Trust Company | Proceeds from sale | | $30,358.23 | | $31,358.23 |
| | | | Gross Receipts $92,000.00 | | | | |
| | | Credit to Buyer re repairs | Title closing costs and expenses ($2,300.00) | 2500-000 | | | |
| | | Will County taxes--prorations and 2015 | Real estate taxes ($4,164.26) | 2820-000 | | | |
| | | Real estate broker commission | Real estate broker commission payment ($4,650.00) | 3510-000 | | | |
| | | Chicago Title title and escrow charges | Title closing costs and expenses ($1,778.00) | 2500-000 | | | |
| | | Chicago Title recording charges | Title closing costs and expenses ($139.50) | 2500-000 | | | |
| | | Kabal survey cost | Title closing costs and expenses ($350.00) | 2500-000 | | | |
| | | Utilities reimbursement to Toni Ann Crowe | Title closing costs and expenses ($160.27) | 2500-000 | | | |
| | | Toni Ann Crowe--payment to joint-owner | Proceeds from sale ($48,099.74) | 8500-002 | | | |
| | 6 | | Fraudulent Transfer $92,000.00 | 1241-000 | | | |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.59 | $31,317.64 |
| 03/15/16 | 1001 | Crow, Toniann c/o David Lloyd, Esq. 615 South La Grange Road La Grange, IL 60525 | Title closing costs and expenses Payment for repairs to real estate | 2500-000 | | $1,928.43 | $29,389.21 |
| 03/15/16 | 1002 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Attorney fees | 3210-000 | | $4,480.00 | $24,909.21 |
| 03/15/16 | 1003 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Expenses | 3220-000 | | $34.14 | $24,875.07 |

| | | |
|---|---|---|
| Page Subtotals: | $31,358.23 | $6,483.16 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-11318 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Kathleen P. Flatt | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0221 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5853 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.16 | $24,831.91 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.73 | $24,796.18 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.86 | $24,759.32 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.62 | $24,723.70 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.76 | $24,686.94 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.70 | $24,650.24 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.47 | $24,614.77 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.60 | $24,578.17 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.36 | $24,542.81 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.49 | $24,506.32 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.44 | $24,469.88 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.86 | $24,437.02 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $24,400.69 |

Page Subtotals:    $0.00    $474.38

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-11318 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kathleen P. Flatt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0221 |
| | Checking |
| Taxpayer ID No: XX-XXX5853 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $24,365.58 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.22 | $24,329.36 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.00 | $24,294.36 |
| 07/17/17 | 1004 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel fee | 3210-000 | | $2,116.00 | $22,178.36 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.62 | $22,142.74 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.92 | $22,109.82 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.81 | $22,078.01 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.82 | $22,045.19 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.72 | $22,013.47 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $31,358.23 | $9,344.76 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $31,358.23 | $9,344.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,358.23 | $9,344.76 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $2,387.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0221 - Checking | $31,358.23 | $9,344.76 | $22,013.47 |
|  | $31,358.23 | $9,344.76 | $22,013.47 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $61,641.77 |
| Total Net Deposits: | $31,358.23 |
| Total Gross Receipts: | $93,000.00 |

Page Subtotals:                    $0.00            $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11318  
Debtor Name: Kathleen P. Flatt  
Claims Bar Date: 12/7/2015  

Date: February 8, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $5,240.03 | $5,240.03 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $7.84 | $7.84 |
| 100 2500 | Toniann Crow<br>c/o David Lloyd, Esq.<br>615 South La Grange Road<br>La Grange, IL 60525 | Administrative | | $0.00 | $1,928.43 | $1,928.43 |
| 100 3210 | Law Office of William Factor<br>105 W. Madison St., Suite 1500<br>Chicago, Illinois 60602<br>Attn: Sara Lorber | Administrative | | $0.00 | $2,116.00 | $2,116.00 |
| 100 3210 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $4,480.00 | $4,480.00 |
| 100 3220 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $34.14 | $34.14 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $1,026.25 | $1,026.25 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $94.91 | $94.91 |
| 2 300 7100 | American Infosource Lp As Agent For<br>Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $554.60 | $554.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-11318  
Debtor Name: Kathleen P. Flatt  
Claims Bar Date: 12/7/2015  
Date: February 8, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $21,969.53 | $21,969.53 |
| 4<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $4,067.80 | $4,067.80 |
| | Case Totals | | | $0.00 | $41,519.53 | $41,519.53 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2                Printed: February 8, 2018

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11318
Case Name: Kathleen P. Flatt
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 22,013.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 5,240.03 | $ 0.00 | $ 5,240.03 |
| Trustee Expenses: Joji Takada | $ 7.84 | $ 0.00 | $ 7.84 |
| Attorney for Trustee Fees: Law Offices of Zane Zielinski PC | $ 4,480.00 | $ 4,480.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Offices of Zane Zielinski PC | $ 34.14 | $ 34.14 | $ 0.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,026.25 | $ 0.00 | $ 1,026.25 |
| Other: Law Office of William Factor | $ 2,116.00 | $ 2,116.00 | $ 0.00 |
| Other: Toniann Crow | $ 1,928.43 | $ 1,928.43 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 6,274.12
Remaining Balance $ 15,739.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,686.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 94.91 | $ 0.00 | $ 55.98 |
| 2 | American Infosource Lp As Agent For | $ 554.60 | $ 0.00 | $ 327.09 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 21,969.53 | $ 0.00 | $ 12,957.18 |
| 4 | Portfolio Recovery Associates, Llc | $ 4,067.80 | $ 0.00 | $ 2,399.10 |

Total to be paid to timely general unsecured creditors    $    15,739.35

Remaining Balance    $    0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE