# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| Kathleen P. Flatt | § § | Case No. 15-11318 |
| Debtor | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee       , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                   Assets Exempt: 4,176.40
*(Without deducting any secured claims)*

Total Distributions to Claimants:  15,787.10             Claims Discharged
                                                         Without Payment:  259,345.27

Total Expenses of Administration:  29,113.16

---

    3) Total gross receipts of $ 93,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 48,099.74  (see **Exhibit 2**), yielded net receipts of $ 44,900.26  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,160.91 | 29,113.16 | 29,113.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 248,445.53 | 26,686.84 | 26,686.84 | 15,787.10 |
| **TOTAL DISBURSEMENTS** | $ 248,445.53 | $ 55,847.75 | $ 55,800.00 | $ 44,900.26 |

4) This case was originally filed under chapter 7 on 03/30/2015 . The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/15/2018                By:/s/Joji Takada, Chapter 7 Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer | 1241-000 | 93,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$93,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Toni Ann Crowe--payment to joint-owner | Non-Estate Funds Paid to Third Parties | 8500-002 | 48,099.74 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 48,099.74** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 5,240.03 | 5,240.03 | 5,240.03 |
| Joji Takada | 2200-000 | NA | 7.84 | 7.84 | 7.84 |
| Chicago Title recording charges | 2500-000 | NA | 139.50 | 139.50 | 139.50 |
| Chicago Title title and escrow charges | 2500-000 | NA | 1,778.00 | 1,778.00 | 1,778.00 |
| Credit to Buyer re repairs | 2500-000 | NA | 2,300.00 | 2,300.00 | 2,300.00 |
| Kabal survey cost | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Toniann Crow | 2500-000 | NA | 1,928.43 | 1,928.43 | 1,928.43 |
| Utilities reimbursement to Toni Ann Crowe | 2500-000 | NA | 160.27 | 160.27 | 160.27 |
| Associated Bank | 2600-000 | NA | 786.19 | 786.19 | 786.19 |
| Will County taxes--prorations and 2015 | 2820-000 | NA | 4,164.26 | 4,164.26 | 4,164.26 |
| Law Office of William Factor | 3210-000 | NA | 2,116.00 | 2,116.00 | 2,116.00 |
| Law Offices of Zane Zielinski PC | 3210-000 | NA | 4,480.00 | 4,480.00 | 4,480.00 |
| Law Offices of Zane Zielinski PC | 3220-000 | NA | 34.14 | 34.14 | 34.14 |
| Callero and Callero LLP | 3410-000 | NA | 1,026.25 | 978.50 | 978.50 |
| Real estate broker commission | 3510-000 | NA | 4,650.00 | 4,650.00 | 4,650.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 29,160.91 | $ 29,113.16 | $ 29,113.16 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Barco Uniforms 350 W. Rosecrans Avenue Gardena CA 90248 | | 4,717.63 | NA | NA | 0.00 |
| | Creditor # :10 PNC Bank P.O. Box 865177 Louisville KY 40285-6044 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :11 PNC Bank 2730 Liberty Avenue Pittsburgh PA 15222 | | 34,985.01 | NA | NA | 0.00 |
| | Creditor # :12 Presence St. Joseph 75 Remittance Drive Suite 1366 Chicago IL 60675 | | 144.00 | NA | NA | 0.00 |
| | Creditor # :13 Presence St. Joseph 333 N. Madison Joliet IL 60435 | | 554.00 | NA | NA | 0.00 |
| | Creditor # :14 Prestige Medical 8600 Wilbur Ave Northridge CA 91324 | | 883.64 | NA | NA | 0.00 |
| | Creditor # :15 Princess Uniforms and accessories P.O. Box 68 Abbeville SC 29620 | | 2,564.45 | NA | NA | 0.00 |
| | Creditor # :16 RTO Ventures 2314 RT. 59 #199 Plainfield IL 60544 | | 8,124.00 | NA | NA | 0.00 |
| | Creditor # :17 Strategic Partners 9800 De Soto Avenue Chatsworth CA 91311 | | 3,900.00 | NA | NA | 0.00 |
| | Creditor # :18 TeleCheck P.O. Box 4838 Englewood CO 80155 | | 40.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :19 Transworld Systems Inc. Collectin Agency 507 Prudential Road Horsham PA 19044 | | 1,980.77 | NA | NA | 0.00 |
| | Creditor # :2 Citibank, N.A. P.O. Box 6077 Sioux Falls SD 57117-6077 | | 21,969.53 | NA | NA | 0.00 |
| | Creditor # :20 Unvl/citi Po Box 6241 Sioux Falls SD 57117 | | 21,969.53 | NA | NA | 0.00 |
| | Creditor # :21 White Swan 621 Macon Street McDonough GA 30253 | | 2,000.00 | NA | NA | 0.00 |
| | Creditor # :3 Coface Collection North America Inc P.O. Box 1389 Kenner LA 70063 | | 949.11 | NA | NA | 0.00 |
| | Creditor # :4 Dex Attn: Client Care 1615 Bluff City Highway Bristol TN 37620 | | 134,961.00 | NA | NA | 0.00 |
| | Creditor # :5 First Data Merchant 4000 Coral Ridge Drive Pompano Beach FL 33065 | | 146.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :6 Gecrb/sams Club Po Box 965005 Orlando FL 32896 | | 4,067.80 | NA | NA | 0.00 |
| | Creditor # :7 Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 1,390.93 | NA | NA | 0.00 |
| | Creditor # :8 Pacific Apparel MFG., INC. 2068 2nd Street Norco CA 92860 | | 691.97 | NA | NA | 0.00 |
| | Creditor # :9 Peaches Uniforms P.O. Box 227196 Dallas TX 75222 | | 2,405.25 | NA | NA | 0.00 |
| | Representing: Citibank, N.A. | | 0.00 | NA | NA | 0.00 |
| | Representing: Pacific Apparel MFG., INC. | | 0.00 | NA | NA | 0.00 |
| | Representing: PNC Bank | | 0.00 | NA | NA | 0.00 |
| | Representing: Presence St. Joseph | | 0.00 | NA | NA | 0.00 |
| | Representing: Presence St. Joseph | | 0.00 | NA | NA | 0.00 |
| | Representing: Strategic Partners | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: White Swan | | 0.00 | NA | NA | 0.00 |
| 1 | American Infosource Lp As Agent For | 7100-000 | NA | 94.91 | 94.91 | 56.15 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 554.60 | 554.60 | 328.08 |
| 4 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 4,067.80 | 4,067.80 | 2,406.38 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 21,969.53 | 21,969.53 | 12,996.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 248,445.53 | $ 26,686.84 | $ 26,686.84 | $ 15,787.10 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-11318 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Kathleen P. Flatt | | | | Date Filed (f) or Converted (c): | 03/30/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/27/2015 |
| For Period Ending: | 04/15/2018 | | | | Claims Bar Date: | 12/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings Account Location: Numark Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods Location: In Debtor's Possession | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Clothing Location: In Debtor's Possession | 200.00 | 0.00 | | 0.00 | FA |
| 4. 16 Shares Of Campbell Soup Stock - Valued At $45.40 Per Shar | 726.40 | 0.00 | | 0.00 | FA |
| 5. Automobile - 2004 Town And Country Van - 98,000 Miles - Fair | 2,045.00 | 0.00 | | 0.00 | FA |
| 6. Fraudulent Transfer (u)  Transfer of interest in real estate to sister | 0.00 | 50,000.00 | | 93,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $4,176.40         $50,000.00         $93,000.00         $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bankruptcy counsel hired; Compromise reached with transferee re interest in real estate; Broker hired; Real estate marketed; Contract signed; Motion to approve sale filed. - Joji Takada 12/25/2015

Property sold; Consulting with tax professional regarding estate tax return. - Joji Takada 6/27/2016

Tax return filed; Awaiting prompt determination. - Joji Takada 11/24/2016

Answering tax issues re: return. - Joji Takada 4/6/2017

TFR with UST review . - Joji Takada 12/16/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11318 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Kathleen P. Flatt | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0221 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5853 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/16 | 6 | Joji Takada, IOLTA Account | Proceeds from sale Earnest money deposit re: sale of Romeoville rental property | 1241-000 | $1,000.00 | | $1,000.00 |
| 02/03/16 | | Chicago Title and Trust Company | Proceeds from sale | | $30,358.23 | | $31,358.23 |
| | | | Gross Receipts  $92,000.00 | | | | |
| | | Credit to Buyer re repairs | Title closing costs and expenses  ($2,300.00) | 2500-000 | | | |
| | | Will County taxes--prorations and 2015 | Real estate taxes  ($4,164.26) | 2820-000 | | | |
| | | Real estate broker commission | Real estate broker commission payment  ($4,650.00) | 3510-000 | | | |
| | | Chicago Title title and escrow charges | Title closing costs and expenses  ($1,778.00) | 2500-000 | | | |
| | | Chicago Title recording charges | Title closing costs and expenses  ($139.50) | 2500-000 | | | |
| | | Kabal survey cost | Title closing costs and expenses  ($350.00) | 2500-000 | | | |
| | | Utilities reimbursement to Toni Ann Crowe | Title closing costs and expenses  ($160.27) | 2500-000 | | | |
| | | Toni Ann Crowe--payment to joint-owner | Proceeds from sale  ($48,099.74) | 8500-002 | | | |
| | 6 | | Fraudulent Transfer  $92,000.00 | 1241-000 | | | |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.59 | $31,317.64 |
| 03/15/16 | 1001 | Crow, Toniann c/o David Lloyd, Esq. 615 South La Grange Road La Grange, IL 60525 | Title closing costs and expenses Payment for repairs to real estate | 2500-000 | | $1,928.43 | $29,389.21 |
| 03/15/16 | 1002 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Attorney fees | 3210-000 | | $4,480.00 | $24,909.21 |

| | | | Page Subtotals: | | $31,358.23 | $6,449.02 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-11318  
Case Name: Kathleen P. Flatt  
Taxpayer ID No: XX-XXX5853  
For Period Ending: 04/15/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0221  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/16 | 1003 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Expenses | 3220-000 | | $34.14 | $24,875.07 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.16 | $24,831.91 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.73 | $24,796.18 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.86 | $24,759.32 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.62 | $24,723.70 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.76 | $24,686.94 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.70 | $24,650.24 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.47 | $24,614.77 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.60 | $24,578.17 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.36 | $24,542.81 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.49 | $24,506.32 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.44 | $24,469.88 |

Page Subtotals: $0.00    $439.33

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-11318 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Kathleen P. Flatt | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0221 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5853 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.86 | $24,437.02 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.33 | $24,400.69 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.11 | $24,365.58 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.22 | $24,329.36 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.00 | $24,294.36 |
| 07/17/17 | 1004 | Law Office of William Factor 105 W. Madison St., Suite 1500 Chicago, Illinois 60602 Attn: Sara Lorber | Payment to trustee professional Bankruptcy counsel fee | 3210-000 | | $2,116.00 | $22,178.36 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.62 | $22,142.74 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.92 | $22,109.82 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.81 | $22,078.01 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.82 | $22,045.19 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.72 | $22,013.47 |
| 03/18/18 | 1005 | Joji Takada 6336 North Cicero Avenue Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $5,240.03 | $16,773.44 |
| | | | Page Subtotals: | | $0.00 | $7,696.44 | |

UST Form 101-7-TDR (10/1/2010)  (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-11318 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kathleen P. Flatt | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0221 |
| | Checking |
| Taxpayer ID No: XX-XXX5853 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/18 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $7.84 | $16,765.60 |
| 03/18/18 | 1007 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $978.50 | $15,787.10 |
| 03/18/18 | 1008 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $56.15 | $15,730.95 |
| 03/18/18 | 1009 | American Infosource Lp As Agent For Presence Health<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution per court order. | 7100-000 | | $328.08 | $15,402.87 |
| 03/18/18 | 1010 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $12,996.49 | $2,406.38 |
| 03/18/18 | 1011 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution per court order. | 7100-000 | | $2,406.38 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $31,358.23 | $31,358.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $31,358.23 | $31,358.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $31,358.23 | $31,358.23 |

Page Subtotals: $0.00    $16,773.44

UST Form 101-7-TDR (10/1/2010) (Page: 15)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0221 - Checking | $31,358.23 | $31,358.23 | $0.00 |
|  | $31,358.23 | $31,358.23 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $61,641.77 |
|---|---|
| Total Net Deposits: | $31,358.23 |
| Total Gross Receipts: | $93,000.00 |

Page Subtotals:  $0.00    $0.00